QUINN EMANUEL URQUHART OLIVER & HEDGES
Edward J. DeFranco (Bar No. 165596)
eddefranco@quinnemanuel.com
James M. Glass (Admitted pro hac)
51 Madison Ave., 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING, INC., a Delaware corporation,<br>PLAINTIFF(S)<br>v.<br>GIBSON GUITAR CORPORATION, a Delaware corporation,<br>DEFENDANT(S). | CASE NUMBER:<br>CV08-01653 MRP (SHx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed.

**List Documents:**
Plaintiffs' Motion for a Preliminary Injunction Enjoining Gibson from Prosecuting a Second-Filed Action in Tennessee; Memorandum of Points and Authorities in Support thereof; Declaration of Gregory Deutsch; Declaration of Mary A. Tuck; Declaration of Kai Huang; Declaration of James M. Glass; [Proposed] Order

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act (pursuant to Local Rule 79-5.4(h)
- ☑ Other  Motion for Preliminary Injunction and related papers

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☐ Manual Filing required (*reason*):

April 21, 2008                                    James M. Glass
Date                                              Attorney Name

                                                  Activision Publishing, Inc.
                                                  Party Represented

Note:   File one Notice in each case, each time you manually file document(s).

G-92 (02/08)                    NOTICE OF MANUAL FILING