| | |
|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>Edward J. DeFranco (Bar No. 165596)<br>eddefranco@quinnemanuel.com<br>James M. Glass (admitted *pro hac*)<br>jimglass@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Telephone: (212) 849-7000<br>Facsimile: (212) 443-7100<br><br>Harry A. Olivar, Jr. (Bar No. 143089)<br>harryolivar@quinnemanuel.com<br>Steven M. Anderson (Bar No. 144014)<br>stevenanderson@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California 90017-2543<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br><br>*Attorneys for Activision Publishing, Inc.* | ALSTON & BIRD LLP<br>Frank G. Smith (Ga. Bar No. 657550)<br>frank.smith@alston.com<br>John D. Haynes (Ga. Bar No. 340599)<br>john.haynes@alston.com<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424<br>Telephone: (404) 881-7000<br>Facsimile: (404) 881-7777<br><br>Lou Karasik (Ca. Bar No. 104423)<br>lou.karasik@alston.com<br>333 S. Hope St., 16th Floor<br>Los Angeles, CA 90017<br>Telephone: 213-576-1000<br>Facsimile: 213-576-1100<br><br>*Attorneys for Gibson Guitar Corp.* |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>GIBSON GUITAR CORP., a Delaware corporation,<br><br>    Defendant. | Case No. CV08-01653 MRP (SHx)<br><br>**NOTICE OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE** |

1  TO THE CLERK OF COURT:

2  Pursuant to Local Rule 40-2, the parties hereby file this Notice of Settlement
3  and Stipulation of Dismissal With Prejudice, and stipulate and agree as follows:

4  WHEREAS, on April 13, 2009, Plaintiff Activision Publishing, Inc. and
5  Defendant Gibson Guitar Corporation entered into a final, binding agreement to
6  resolve this action, including all claims and counterclaims;

7  IT IS HEREBY STIPULATED AND AGREED that the parties jointly move
8  this Court, pursuant to Federal Rule of Civil Procedure 41(a)(2), for an order
9  dismissing with prejudice the entirety of this Action, including both Activision's
10 claims against Gibson and Gibson's counterclaims against Activision.

12 Respectfully submitted,

14 Dated: April 15, 2009

15 QUINN EMANUEL URQUHART           ALSTON & BIRD LLP
16 OLIVER & HEDGES, LLP

19 By: _____      By: _____ (with permission)
      Edward J. DeFranco                  John D. Haynes

21 *Attorneys for Plaintiff*          *Attorneys for Defendant*
22 *Activision Publishing Inc.*       *Gibson Guitar Corp.*