| | |
|---|---|
| QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP<br>  Edward J. DeFranco (Bar No. 165596)<br>  eddefranco@quinnemanuel.com<br>  James M. Glass (admitted *pro hac*)<br>  jimglass@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, New York  10010<br>Telephone:   (212) 849-7000<br>Facsimile:    (212) 443-7100<br><br>  Harry A. Olivar, Jr. (Bar No. 143089)<br>  harryolivar@quinnemanuel.com<br>  Steven M. Anderson (Bar No. 144014)<br>  stevenanderson@quinnemanuel.com<br>865 South Figueroa Street, 10th Floor<br>Los Angeles, California  90017-2543<br>Telephone:   (213) 443-3000<br>Facsimile:    (213) 443-3100<br><br>*Attorneys for Activision Publishing, Inc.* | ALSTON & BIRD LLP<br>Frank G. Smith (Ga. Bar No. 657550)<br>frank.smith@alston.com<br>John D. Haynes (Ga. Bar No. 340599)<br>john.haynes@alston.com<br>One Atlantic Center<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424<br>Telephone:  (404) 881-7000<br>Facsimile:   (404) 881-7777<br><br>Lou Karasik (Ca. Bar No. 104423)<br>lou.karasik@alston.com<br>333 S. Hope St., 16th Floor<br>Los Angeles, CA 90017<br>Telephone: 213-576-1000<br>Facsimile: 213-576-1100<br><br>*Attorneys for Gibson Guitar Corp.* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACTIVISION PUBLISHING INC., a Delaware corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>GIBSON GUITAR CORP., a Delaware corporation,<br><br>             Defendant. | Case No. CV08-01653 MRP (SHx)<br><br>**ORDER RE: DISMISSAL**<br><br>JS-6 |

1    The Court, having reviewed the parties' Notice of Settlement and Stipulation
2    of Dismissal With Prejudice, and good cause appearing, hereby ORDERS that this
3    action, including all claims and counterclaims, be DISMISSED WITH PREJUDICE,
4    and the case be CLOSED.

DATED: April _17, 2009

_____
Hon. Mariana R. Pfaelzer